FILED

08 MAY -7 PM 4:17

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 1458 LAB |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| RAMIRO VASQUEZ-FONSECA, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Ramiro Vasquez-Fonseca</u>, Criminal Case No. 08CR0841-LAB.

DATED: May 7, 2008.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney